1106

ORDERS

No. 12–7224.   MURRAY v. ALMAGER, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 12–7225.   GARNER v. MEDINA, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 12–7230.   CHAO LIN FENG v. BARTKOWSKI ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–7231.   GRIFFIN v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 12–7232.   PRESTON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 12–7233.   MORRIS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 12–7234.   NOVAK v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 12–7235.   WOODS v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.   C. A. Fed. Cir.   Certiorari denied.

No. 12–7236.   VILLABONA-ALVARADO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–7239.   MOBLEY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 12–7241.   VASQUEZ-HERNANDEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–7245.   BERMUDEZ v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.   Commw. Ct. Pa.   Certiorari denied.

No. 12–7246.   BALLARD v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 12–7248.   JOHNSON v. HORTON.   C. A. 5th Cir.   Certiorari denied.

No. 12–7249.   KENEMORE v. ROY, WARDEN.   C. A. 5th Cir. Certiorari denied.